

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

*Via ECF*
Honorable Victor Marrero
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2025

March 31, 2025

Re: United States v. Yadira Reynoso
21-CR-93 (VM)

Dear Judge Marrero,

    I am a CJA counsel to Yadira Reynoso, a defendant in the above action. I respectfully request the Court appoint Hannah Eaves, Esq., as an associate pursuant to the Criminal Justice Act 18 U.S.C. § 3006A, to assist me in this matter. Ms. Reynoso's case is a multi-defendant case with a tremendous amount of discovery. I request that Ms. Eaves be authorized to work up to 100 hours at rate of $90 per hour, a standard rate for associates appointed under the Act.

Ms. Eaves is an associate in my office, who has assisted me in other CJA matters. I believe having a second attorney on the case to assist in trial preparation, motions, reviewing evidence and research would be cost effective.

Your Honor's time and consideration in this matter is greatly appreciated.

Respectfully Submitted,

Lorraine Gauli-Rufo, Esq.
*Attorney for Yadira Reynoso*

SO ORDERED.
4/1/2025
DATE
VICTOR MARRERO, U.S.D.J.