```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    4/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA            :        CR. NO.  21-CR-93 (VM)

                                    :

      VS.                                    ORDER FOR INTERIM PAYMENT FOR
                                    :        REPRESENTATION OF COUNSEL
                                             PURSUANT TO THE CRIMINAL
      YADIRA REYNOSO                              JUSTICE ACT 18:3006(A)
          Defendant                 :

_____

Because of the complexity of the case, the expected length of pretrial preparation, the length

of the trial, and the anticipated hardship of counsel in undertaking representation full-time for

such a period without compensation, in accordance with section 230.73.10 of the Guidelines for

the Administration of the Criminal Justice Act, the following procedures for interim payments

shall apply during the course of your representation in this case:

### 1.  SUBMISSION  OF  VOUCHERS

Counsel shall submit to the Court Clerk, on a quarterly basis (every 3 months), an interim

CJA 20 through eVoucher. Compensation earned and reimbursable expenses incurred shall be

claimed on each interim voucher. The first interim voucher submitted shall reflect all

compensation claimed and reimbursable expenses incurred from the date of appointment to

 March 12, 2025 and shall be submitted no later than April 9,2025; thereafter, the vouchers

shall be submitted quarterly according to the schedule outlined above. Each voucher shall be

numbered accordingly and include the time period it covers. All interim vouchers shall be

supported by detailed and itemized time and expense entries. Chapter 2, Part C of the

Guidelines for the Administration of the Criminal Justice Act outlines the procedures and rules for claims by CJA attorneys and should be followed regarding each voucher.

The Court will review the interim vouchers when submitted, particularly with regard to the amount of time claimed. The Court will also authorize payment for all reimbursable expenses reasonably incurred.

At the conclusion of representation, counsel should submit the final interim voucher, which shall include a detailed memorandum supporting and justifying counsel's claim that the representation was extended and complex, and that excess compensation is necessary to provide fair compensation. The CJA 26 form may be used for this purpose. After reviewing the final interim voucher, the Court will submit it to the Chief Judge of the Circuit or his or her designee for review and approval.

## 2. REIMBURSABLE EXPENSES

Counsel may be reimbursed for out-of-pocket expenses reasonably incurred incidental to the representation. While the statute and applicable rules and regulations do not place a monetary limit on the amount of expenses that can be incurred, counsel is required to provide a copy of a receipt for any individual expense item in excess of $50. Travel expenses, such as mileage, parking fees and tolls shall be itemized on each voucher, with receipts provided. Extraordinary travel that may require air travel, overnight lodging, meals and incidental expenses are required to be authorized in advance in the e-Voucher system.

### 3. FURTHER  QUESTIONS  OR  GUIDANCE

Answers to questions concerning services under the <u>Criminal Justice Act,</u> can generally be found in (1) 18 U.S.C. 3006(A); (2) the Plan of the United States District Court for the District of New Jersey; and (3) <u>Guidelines for the Administration of the Criminal Justice Act,</u> published by the Administrative Office of the U.S. Courts. Should these references fail to provide the desired clarification or direction, counsel is directed to contact the CJA Administrator via email at evoucher@njd.uscourts.gov or 973-645-4582.

DATE: _____April 1, 2025_____    _____

Honorable Victor Marrero , U.S.D.J.