

**LORRAINE GAULI-RUFO, ESQ.**

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

**HANNAH EAVES, ESQ**

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

> Defendant Reynoso's conditions of home detention are hereby modified to allow Reynoso to attend her son's graduation. The specific details of the modification, including any necessary travel or curfew, shall be determined at the discretion of Pretrial Officer Jonathan Lettieri. All other conditions of release remain in full force and effect.
>
> SO ORDERED.
> 6/13/2025
> /s/ Victor Marrero, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2025

June 13, 2025

*Via ECF*
The Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Yadira Reynoso
Case No: 21-CR-93 (VM)

Dear Judge Marrero,

    I represent Yadira Reynoso pursuant to the Criminal Justice Act. Ms. Reynoso is currently on home detention. She is seeking a bail modification request to permit her to attend her son's graduation. The graduation is scheduled for June 25th at 9:00 AM at Fordham University. Ms. Reynoso will be traveling by cab with both of her sons, one of whom is graduating and her cousin.

    Pretrial Officer, Jonathan Lettieri, has no objection to this request. On behalf of the Government, Michael Herman defers to pretrial.

    Your Honor's time and consideration of this matter is greatly appreciated.

Respectfully Submitted,

*/s/ Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.

cc: Thomas Wright, AUSA
    Timothy Ly, AUSA
    Michael Herman, AUSA
    Jonathan Lettieri, PTSO